IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OWENS CORNING, *et al.*, | ) | Case No. 00-03837 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Re: Docket No. 15871 |
| | ) | Hearing Date: October 24, 2005 |
| | ) | Agenda Item 13 |

**ORDER DENYING INACOM CORPORATION'S MOTION TO ALLOW THE FILING OF A PROOF OF CLAIM AFTER THE DEADLINE FOR FILING PROOFS OF CLAIM PURSUANT TO BANKRUPTCY RULE 9006(B)(1)**

This matter coming before the Court on Inacom Corporation's Motion to Allow the Filing of a Proof of Claim After the Deadline for Filing Proofs of Claim Pursuant to Bankruptcy Rule 9006(b)(1) [Docket No. 15871] (the "Motion") filed by Executive Sounding Board Associates, Inc. as the Plan Administrator (the "Plan Administrator") for the reorganized debtor Inacom Corporation and its related debtors (collectively, "Inacom"); the Court having reviewed the Motion and Debtors' objection thereto; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; and

42125-003\DOCS_DE:112595.1

adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is denied.

Dated: November 9, 2005

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge