UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court                                                              824 Market Street
David D. Bird                                                               Wilmington, DE 19801
                                                                            (302) 252-2900

Date:   December 9, 2005

To:     **Peter Dalleo, Clerk**
        U.S. District Court
        District of Delaware
        U.S. Courthouse - 844 King Street
        Wilmington, DE 19801

Re:     Owens Corning, et al.
        Case #00-3837 (JKF)

        Enclosed is the bankruptcy Record on **Appeal #AP-05-81.**  Please acknowledge receipt on the copy provided.

**Enclosed Items:**
**Notice of Appeal: #05-81**
**Appealable Orders: Docket item #16289**
**Statement of Issues on Appeal: Docket item #16358**
**Appellants Designations: Docket item #16359**
**Appellee Designations: None**

                                                        Sincerely,


_____Deputy Clerk
   X   Filing fee paid on 11/15/2005
_____  Filing fee not paid


I hereby acknowledge receipt of the above record on appeal this _____ day of _____, 2005.

By:   T. Southerland_____                       C.A. No.: _____
      Deputy Clerk, U.S. District Court

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Bankruptcy Case Number: **00-3837**
Deputy Clerk Transferring Case: T. Southerland (302) 252-2900 x5134
Appeal #: **(AP-05-81)**

**Order, Date Entered and Issues**

Order Denying Inacom Corporation's Motion to Allow the Filing of a Proof of Claim After the Deadline for Filing Proofs of Claim. [Docket No. 16289] Entered 11/10/2005]

| | |
|---|---|
| **Debtors:** | **Owens Corning, et al.** |
| **Counsel:** | **Norman L. Pernick, Esquire** |
| | **J. Kate Stickles, Esquire** |
| | SAUL EWING LLP |
| | 222 Delaware Ave |
| | Suite 1200 |
| | Wilmington, DE 19899 |
| **Telephone:** | 302-421-6800 |
| | |
| **Appellant:** | **Executive Sounding Board Associates, Inc.** |
| **Counsel:** | **Laura Davis Jones, Esquire** |
| | **Sandra G.M. Selzer, Esquire** |
| | Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. |
| | 919 North Market Street, 16th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19801 |
| **Telephone:** | (302) 652-4100 |