IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OWENS CORNING, *et al.*, | ) | Case No. 00-03837 (JKF) |
| | ) | |
| Debtors. | ) | Related Docket No. 16289 |

**APPELLANTS' DESIGNATION OF ITEMS TO
BE INCLUDED IN THE RECORD ON APPEAL**

The reorganized debtor Inacom Corporation and its related debtors (collectively,

"Inacom"), by and through Executive Sounding Board Associates, Inc., as its Plan Administrator

and its undersigned counsel, in accordance with Rule 8006 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), hereby submits its designation of the record, including all

exhibits, attachments, and other papers included in each docket entry to be included in the

record, with respect to the Inacom's appeal from that final *Order Denying InaCom*

*Corporation's Motion to Allow the Filing of a Proof of Claim After the Deadline for Filing*

*Proofs of Claim Pursuant to Bankruptcy Rule 9006(b)(1)* (Docket No. 16289*)* (the "Order") of

the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), dated

November 9, 2005 and entered on the docket in the above-captioned case on November 10,

2005.

## Designation of Record on Appeal

*In re Owens Corning, et al.*
Chapter 11 Case No. 00-3837(JKF)

| Designated Number | Date | Docket No. | Description of Item |
|---|---|---|---|
| A-1 | 11/27/01 | 3673 | Order signed on 11/27/2001 (i) Fixing General Claims Bar Date for Filing Certain Proofs of Claim; (ii) Approving Proposed Proof of Claim Form, General Claims Bar Date Notice and Related Publication Notice and Procedures; and (iii) Approving Proposed Employee and Retiree Claims Notification Procedures |
| A-2 | 1/22/02 | 4014 | Notice of Filing Notice of Entry of General Claims Bar Date Order Requiring the Filing of Proofs of Claim |
| A-3 | 12/03/03 | 10319 | Order Conditionally Approving the Disclosure Statement |
| A-4 | 9/19/05 | 15871 | Motion to Allow Inacom Corporation to File Proof of Claim After the Deadline Pursuant to Bankruptcy Rule 9006(B)(1) (Attachments: # 1 Notice # 2 Exhibit A# 3 Proposed Form of Order # 4 Certificate of Service and Service List) |
| A-5 | 9/29/05 | 15935 | Motion of Debtors for Order, Pursuant to 11 U.S.C. Section 1121(d), Granting Further Extension of to File and Solicit Acceptances of Plan of Reorganization |
| A-6 | 10/07/05 | 15989 | Objection of Debtors to Inacom Corporation's Motion to Allow the Filing of a Proof of Claim after the Deadline for Filing Proofs of Claim Pursuant to Bankruptcy Rule 9006(b)(1) (Attachments: # 1 Exhibit A and B# 2 Proposed Form of Order) |
| A-7 | 10/17/05 | 16054 | Inacom's Motion for Leave to File Reply to Objection of Debtors to InaCom Corporation's Motion to Allow the Filing of a Proof of Claim After the Deadline for Filing Proofs of Claim Pursuant to Bankruptcy Rule 9006(B)(1) (Attachments: # 1 Exhibit 1 -- Reply# 2 Exhibit A to Reply - Memorandum# 3 Proposed Form of Order Proposed Order for Reply# 4 Proposed Form of Order Proposed Order for Motion# 5 Certificate of Service) |

| A-8 | 10/26/05 | 16144 | Order Further Extending the Exclusive Periods During Which the Debtors May File Plans of Reorganization and Solicit Acceptances Thereto |
| A-9 | 11/10/05 | 16289 | Order Denying Inacom Corporation's Motion to Allow the Filing of a Proof of Claim After the Deadline for Filing Proofs of Claim. Order Signed on 11/9/2005. (LCN, ) (Entered: 11/10/2005) |
| A-10 | 11/10/05 | 16299 | Transcript of Hearing held on October 24, 2005 before the Honorable Judith K. Fitzgerald. |
| A-11 | 11/14/05 | 16311 | Order Further Extending the Exclusive Periods During Which the Debtors May File Plans of Reorganization and Solicit Acceptances Thereto |
| A-12 | 11/18/05 | 16333 | Transcript of Hearing held on November 14, 2005 before the Honorable Judith K. Fitzgerald |

Dated: November 23, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
Sandra G. M. Selzer (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Electronic Mail: ljones@pszyjw.com
                 akornfeld@pszyjw.com
                 sselzer@pszyjw.com