IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OWENS CORNING, *et al.*, | ) | Case No. 00-03837 (JKF) |
| | ) | |
| Debtors. | ) | Related Docket No. 16289 |

**APPELLANTS' STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

The reorganized debtor Inacom Corporation and its related debtors (collectively, "Inacom"), by and through Executive Sounding Board Associates, Inc., as its Plan Administrator and its undersigned counsel, in accordance with Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby submits its statement of issues to be presented with respect to the Inacom's appeal from that final *Order Denying InaCom Corporation's Motion to Allow the Filing of a Proof of Claim After the Deadline for Filing Proofs of Claim Pursuant to Bankruptcy Rule 9006(b)(1)* (Docket No. 16289) (the "Order") of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), dated November 9, 2005 and entered on the docket in the above-captioned case on November 10, 2005.

**Statement of Issues on Appeal**

1.  Whether the Bankruptcy Court erred when it found that Inacom's omitting to file a proof of claim in Owens Corning's bankruptcy case before the deadline for filing such claims did not result from "excusable neglect;"

2. Whether the Bankruptcy Court erred by not requiring Owens Corning to establish that it would be prejudiced if Inacom were granted leave to file its claim.

Dated: November 23, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_/s/ S. M. Selzer_

Laura Davis Jones (Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
Sandra G. M. Selzer (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Electronic Mail: ljones@pszyjw.com
        akornfeld@pszyjw.com
        sselzer@pszyjw.com