IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 4**

IN RE: Owens Corning et al

| | | |
|---|---|---|
| Inacom Corporation | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  05- 852   JPF |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 00-3837 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 11/9/05 was docketed in the District Court on 12/12/05:

    Order Denying Inacom Corporation's Motion to Allow the Filing of a
    Proof of Claim after the Deadline for Filing Proofs of Claim.

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief.** Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                                                           Peter T. Dalleo
                                                                                           Clerk of Court

Date:   December 12, 2005

To:     U.S. Bankruptcy Court
          Counsel