IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re OWENS CORNING, *et al.*,

| | |
|---|---|
| INACOM CORP., and it related debtors, by and through Executive Sounding Board Associates, Inc. as its Plan Administrator,<br><br>      Appellant<br><br>v.<br><br>Owens Corning, and its affiliated debtors and debtors in possession,<br><br>      Appellee | Civil Action No. 05-852 (JPF)<br><br>Bankruptcy Case No. 00-3837 |

## STIPULATION AND MOTION TO EXTEND TIME TO FILE APPELLATE BRIEFS

  The reorganized debtor Inacom Corporation and its related debtors, by and through Executive Sounding Board Associates, Inc., as its Plan Administrator (the "Appellant") and Owens Corning and its affiliated debtors and debtors in possession (the "Appellee") (collectively, the "Parties") hereby move the Court pursuant to Federal Rules of Bankruptcy Procedure 8009 and 8011 for entry of an order extending the time to file their appellate briefs (the "Motion"). In further support of this Motion, the Parties state as follows:

  1.  Appellants have appealed from the final order of the United States Bankruptcy Court for the District of Delaware entitled *Order Denying InaCom Corporation's Motion to Allow the Filing of a Proof of Claim After the Deadline for Filing Proofs of Claim*

42125-003\DOCS_DE:113724.2

2

*Pursuant to Bankruptcy Rule 9006(b)(1)* (the "Order") (Bankruptcy Case Docket No. 16289), which order was dated November 9, 2005 and entered on the docket in Bankruptcy Case No. 00-3837 on November 10, 2005 (Bankruptcy Docket No. 16289).

2. A Notice of Appeal of the Order was docketed in this Court on December 12, 2005.

3. Appellants' Opening Brief is due December 27, 2005.

4. The Appellant has requested, and the Appellee has agreed, to extend the time for filing their appellate briefs as follows:

   a. the Appellant shall serve and file an opening brief, within 28 days of the docketing of the Notice of Appeal in this Court; that is, by January 9, 2006;

   b. the Appellee shall serve and file a answering brief within 28 days after service of the brief of the Appellant; and

   c. the Appellant may serve and file a reply brief within 10 days after service of the brief of the Appellee.

5. Federal Rules of Bankruptcy Procedure 8009 and 8011 (which incorporates Rule 9006) allow the Court to extend the time during which the briefing of a bankruptcy court appeal must be completed.

## Relief Requested

WHEREFORE, the Parties respectfully request that the Court enter an order extending the briefing schedule in accordance with the time limits set forth herein.

<table>
<tr><td>

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

*/s/ Sandra G. M. Selzer*

Laura Davis Jones (Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
Sandra G. M. Selzer (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Electronic Mail: ljones@pszyjw.com
                akornfeld@pszyjw.com
                sselzer@pszyjw.com
Counsel for the Inacom Corporation
and its Related Debtors:

</td><td>

SAUL EWING LLP

*/s/ Kate Stickles*

Norman L. Pernick (Bar No. 2290)
J. Kate Stickles (Bar No. 2917)
222 Delaware Ave., Suite 1200
PO Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Facsimile: (302) 421-5865
Electronic Mail: npernick@saul.com
                kstickles@saul.com
    and

SAUL EWING LLP
Adam H. Isenberg, Esquire
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853
Electronic Mail: aisenberg@saul.com

Counsel for Owens Corning and it Related
Debtors

</td></tr>
</table>