IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE )<br>)<br>OWENS CORNING, *ET AL.*, )<br>_____) _____<br>)<br>INACOM CORP., and its related )<br>Debtors, by and through Executive )<br>Sounding Board Associates, Inc. as )<br>Its Plan Administrator, )<br>)<br>     Appellant, )<br>                                                         ) Civil Action No. 05-852 (JPF)<br>     v. )<br>                                                         ) Bankruptcy Case No. 00-03837<br>Owens Corning, and its affiliated )<br>Debtors and debtors in possession, )<br>)<br>     Appellee. ) | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE   )
                                    )  SS:
COUNTY OF NEW CASTLE  )

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., counsel for Reorganized Debtor InaCom Corporation, Appellant in the above-captioned action, and that on the 20th day of December 2005, she caused a copy of the following document to be

served upon the attached service list in the manner indicated:

**Stipulation and Motion to Extend Time to File Appellate Briefs**

*Kathleen Finlayson*
Kathleen Forte Finlayson

Sworn to and subscribed before
me this  20th  day of December 2005

*Mary E. Corcoran*
Notary Public
My Commission Expires:  11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

DOCS_DE:113792.1

InaCom Corp./Owens Corning Service List
Case No. 00-2426 (05-852-JPF)
December 20, 2005
Doc. # 113794
*003 - Hand Delivery*
*001 - First Class Mail*

*(Counsel for InaCom Corp.)*
Pachulski Stang Ziehl Young, Jones
 & Weintraub P.C.
Laura Davis Jones, Esquire
Alan J. Kornfeld, Esq.
Sandra G.M. Selzer, Esq.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705


*Hand Delivery*
*(Representing U.S. Trustee)*
Joseph J. McMahon, Jr., Esq.
Office of the U.S. Trustee
844 King Street, Ste 2313
Wilmington, DE  19801

*Hand Delivery*
*(Plan Administrator)*
Neil Gilmour III
Executive Sounding Board
1300 N. Market Street, Ste 506
Wilmington, DE  19801

*Hand Delivery*
*(Counsel to Owens Corning)*
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Saul Ewing LLP
222 Delaware Avenue, Ste 1200
Wilmington, DE  19801

*First Class Mail*
*(Counsel to Owens Corning)*
Adam H. Isenberg, Esquire
Saul Ewing LLP
Centre Square West
1500 market St., 38th Floor
Philadelphia, PA  19102