IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re OWENS CORNING, *et al.*,

| | |
|---|---|
| INACOM CORP., and it related debtors, by and through Executive Sounding Board Associates, Inc. as its Plan Administrator,<br><br>Appellant<br><br>v.<br><br>Owens Corning, and its affiliated debtors and debtors in possession,<br><br>Appellee | Civil Action No. 05-852 (JPF)<br><br>Bankruptcy Case No. 00-3837 (JKF)<br><br>**Related Docket No. 6** |

## ORDER

This matter coming before the Court upon the *Stipulation and Motion to Extend Time to File Appellate Briefs* (the "Motion") filed by the reorganized debtor Inacom Corporation and its related debtors, by and through Executive Sounding Board Associates, Inc., as its Plan Administrator (the "Appellant") and Owens Corning and its affiliated debtors and debtors in possession (the "Appellee") (collectively, the "Parties"); the Court having reviewed the Motion; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the time for filing the appellate briefs is as follows:

42125-003\DOCS_DE:113724.2

    a.  the Appellant shall serve and file an opening brief on January 9, 2006 (28 days after the docketing of the Notice of Appeal in this Court);

    b.  the Appellee shall serve and file a answering brief within 28 days after service of the brief of the Appellant; and

    c.  the Appellant may serve and file a reply brief within 10 days after service of the brief of the Appellee.

                  _/s/ P. Fullam_____
                   Honorable John P. Fullam
                   Senior Judge, United States District Court

                   _December 27, 2005_____
                   Date