N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re OWENS CORNING, INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No. 00-3837 (JKF)<br>Jointly Administered |
| INACOM CORP., and its related debtors, by and through Executive Sounding Board Associates, Inc., as Plan Administrator,<br><br>Appellant,<br><br>v.<br><br>OWENS CORNING, *et al.*,<br><br>Appellee. | Civil Action No. 05-852 (JPF)<br><br><br><br>Appeal from Order of the United States Bankruptcy Court For the District of Delaware |

## CERTIFICATE OF SERVICE

I, Domenic E. Pacitti, hereby certify that on the 6th day of February, 2006, I caused a true and correct copy of the *Opening Brief of Appellee, Owens Corning, et al.* on the individuals on the attached Service List in the manner indicated.

SAUL EWING LLP

By: _____
Domenic E. Pacitti (No. 3989)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421 - 6800

532456.1 2/6/06

Owens Corning/Inacom Corp. Appeal Service List
Case No. 05-852(JPF)

*Hand Delivery*
(Counsel for InaCom Corp.)
Pachulski Stang Ziehl Young Jones & Weintraub P.C.
Laura Davis Jones, Esquire
Alan J. Kornfeld, Esquire
Sandra G.M. Selzer, Esquire
919 North Market Street, 16th Floor
P.O.Box 8705
Wilmington, DE  19899-8705


*Hand Delivery*
(Representing U.S. Trustee)
Joseph J. McMahon, Jr., Esquire
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE  19801


*Hand Delivery*
(Plan Administrator)
Neil Gilmour III
Executive Sounding Board
1300 N. Market Street, Suite 506
Wilmington, DE  19801