IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re OWENS CORNING, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 Case No. 00-3837 (JKF)<br>Jointly Administered |
| INACOM CORP., and its related debtors, by and through Executive Sounding Board Associates, Inc., as Plan Administrator,<br><br>Appellant,<br><br>v.<br><br>OWENS CORNING, INC., *et al.*,<br><br>Appellee. | Civil Action No. 05-852 (JPF)<br><br><br><br>Appeal from Order of the United States Bankruptcy Court For the District of Delaware |

**APPELLEE, OWENS CORNING, *ET AL*. MOTION FOR JUDICIAL NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 201, OR IN THE ALTERNATIVE, TO SUPPLEMENT THE RECORD PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 10(e)**

Owens Corning, Inc., *et al.*, ("Appellee" or the "Debtors") submits this motion (the "Motion") for an order requesting that the Court take judicial notice of the following documents attached as Exhibits hereto as indicated (collectively, the "Additional Documents") pursuant to Federal Rule of Evidence 201:

>   *Exhibit A:*   Motion To Extend Time Nunc Pro Tunc To April 15, 2002 to File A Pre-Petition Claim filed by R/S Associates d/b/a

---

[1]   The Debtors are: Owens Corning, CDC Corporation, Engineered yarns America, Inc., Falcon Foam Corporation, Integrex, Fibreboard Corporation, Exterior Systems, Inc., Integrex Ventures LLC, Integrex Professional Services LLC, Integrex Supply Claim Solutions LLC, Integrex Testing Systems LLC, Homexperts LLC, Jefferson Holdings, Inc., Owens-Corning Fiberglass Technology Inc., Owens Corning HT, Inc., Owens-Corning Overseas Holdings, Inc., Owens Corning Remodeling Systems, LLC and Soltech, Inc.

*Exhibit A:*   Motion To Extend Time Nunc Pro Tunc To April 15, 2002 to File A Pre-Petition Claim filed by R/S Associates d/b/a Festival Flea Market Ltd. [Bankruptcy D.I. #16507] (the "Festival Motion");[2]

*Exhibit B:*   Motion of Crown Metals For Entry of an Order Extending the Time Within Which Crown Metals May File a Proof of Claim [Bankruptcy D.I. #16757] (the "Crown Metals Motion"); and

*Exhibit C:*   Generally, the docket in the underlying bankruptcy case of In re Owens Corning, et al., Case No. 00-3837 (JKF), Jointly Administered (the "Docket").

In the alternative, Appellee requests that this Court permit Appellee to supplement the appellate record pursuant to Federal Rule of Appellate Procedure 10(e) to include the Additional Documents. In support of this Motion, Appellee relies upon its Brief in Support of Motion for Judicial Notice Pursuant to Federal Rule of Evidence 201, or in the Alternative, to Supplement the Record Pursuant to Federal Rule of Appellate Procedure 10(e) (the "Brief") filed contemporaneously herewith and incorporated herein by reference.

---

[2]   Documents filed on the docket in the Owens Corning bankruptcy case shall be identified as "[Bankruptcy D.I. #__]." Documents filed on the docket in this appeal shall be identified as "[D.I. #__]."

WHEREFORE, for the reasons set forth in the accompanying Brief, Appellee requests that this Court (i) take judicial notice of the Additional Documents or (ii) permit Appellee to supplement the appellate record with the Additional Documents and (iii) grant such further relief to Appellee as is appropriate.

SAUL EWING LLP

By: _____
Norman L. Pernick (No. 2290)
Domenic E. Pacitti (No. 3989)
J. Kate Stickles (No. 2917)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899 - 1266
(302) 421 - 6800

and

Adam H. Isenberg, Esquire
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972 - 7777

Counsel to Appellee, Owens Corning, *et al.*

Dated: February 6, 2006