**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re OWENS CORNING, INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No. 00-3837 (JKF)<br>Jointly Administered |
| INACOM CORP., and its related debtors, by and through Executive Sounding Board Associates, Inc., as Plan Administrator,<br><br>Appellant,<br><br>v.<br><br>OWENS CORNING, *et al.*,<br><br>Appellee. | Civil Action No. 05-852 (JPF)<br><br>Appeal from Order of the United States Bankruptcy Court For the District of Delaware |

**CERTIFICATE OF SERVICE**

I, Kathleen P. Makowski, hereby certify that on the 6th day of February, 2006, I caused true and correct copies of the following documents to be served on the individuals on the attached Service List in the manner indicated.

1. ***Appellee, Owens Corning, et al. Motion for Judicial Notice Pursuant to Federal Rule of Evidence 201, or in the Alternative, to Supplement the Record Pursuant to Federal Rule of Appellate Procedure 10(e)***; and

2. ***Brief of Appellee, Owens Corning, et al., in Support of Motion for Judicial Notice Pursuant to Federal Rule of Evidence 201, or in the Alternative, to Supplement the Record Pursuant to Federal Rule of Appellate Procedure 10(e)***.

SAUL EWING LLP

By: ______________________
Kathleen P. Makowski, Esq.(No. 3648)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421 - 6800

Owens Corning/Inacom Corp. Appeal Service List
Case No. 05-852(JPF)

***Hand Delivery***
(Counsel for InaCom Corp.)
Pachulski Stang Ziehl Young Jones & Weintraub P.C.
Laura Davis Jones, Esquire
Alan J. Kornfeld, Esquire
Sandra G.M. Selzer, Esquire
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

***Hand Delivery***
(Representing U.S. Trustee)
Joseph J. McMahon, Jr., Esquire
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

***Hand Delivery***
(Plan Administrator)
Neil Gilmour III
Executive Sounding Board
1300 N. Market Street, Suite 506
Wilmington, DE 19801