IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| OWENS CORNING, *ET AL.*, | ) | |
| | ) | |
| INACOM CORP., and its related | ) | |
| Debtors, by and through Executive | ) | |
| Sounding Board Associates, Inc. as | ) | |
| Its Plan Administrator, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | Civil Action No. 05-852 (JPF) |
| v. | ) | |
| | ) | Bankruptcy Case No. 00-03837 |
| Owens Corning, and its affiliated | ) | |
| Debtors and debtors in possession, | ) | |
| | ) | |
| Appellee. | ) | |

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS: |
| COUNTY OF NEW CASTLE | ) | |

Louise Tuschak, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., counsel

for Reorganized Debtor InaCom Corporation, Appellant in the above-captioned action, and that

on the /6ᵗʰ day of February 2006, she caused a copy of the following document to be

served upon the attached service list in the manner indicated:

### REPLY BRIEF OF APPELLANT INACOM CORP. ET AL.

_Louise Tuschak_

Louise Tuschak

Sworn to and subscribed before
me this ___16th___ day of February 2006

Notary Public
My Commission Expires: ___11/4/07___

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

DOCS_DE:113792.1

InaCom Corp./Owens Corning Service List
Case No. 00-2426 (05-852-JPF)
February 17, 2006
Doc. # 113794
03 - Hand Delivery
01 - First Class Mail


(Counsel for InaCom Corp.)
Pachulski Stang Ziehl Young, Jones
& Weintraub P.C.
Laura Davis Jones, Esquire
Alan J. Kornfeld, Esq.
Sandra G.M. Selzer, Esq.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705


***Hand Delivery***
(Representing U.S. Trustee)
Joseph J. McMahon, Jr., Esq.
Office of the U.S. Trustee
844 King Street, Ste 2313
Wilmington, DE  19801


***Hand Delivery***
(Plan Administrator)
Neil Gilmour III
Executive Sounding Board
1300 N. Market Street, Ste 506
Wilmington, DE  19801


***Hand Delivery***
(Counsel to Owens Corning)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Saul Ewing LLP
222 Delaware Avenue, Ste 1200
Wilmington, DE  19801


***First Class Mail***
(Counsel to Owens Corning)
Adam H. Isenberg, Esquire
Saul Ewing LLP
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA  19102