IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re OWENS CORNING, *et al.*,

| | |
|---|---|
| INACOM CORP., and its related debtors, by and through Executive Sounding Board Associates, Inc. as Plan Administrator,<br><br>                    Appellant,<br><br>v.<br><br>Owens Corning, and its affiliated debtors and debtors in possession,<br><br>                    Appellee. | Civil Action No. 05-852 (JPF)<br><br>Bankruptcy Case No. 00-3837 |

**NOTICE OF APPEAL TO UNITED STATES COURT
OF APPEALS FOR THE THIRD CIRCUIT**

The reorganized debtor Inacom Corporation and its related debtors (collectively, "Inacom"), by and through Executive Sounding Board Associates, Inc., as its Plan Administrator and its undersigned counsel, hereby gives notice pursuant to Federal Rules of Appellate Procedure 6(b)(1), 4(a)(1)(A), and 3 of its appeal to the United States Court of Appeals for the Third Circuit, from the final order of the United States District Court for the District of Delaware entitled *Memorandum and Order* (Docket No. 12), dated March 30, 2006 and entered on the docket in the above-captioned case on April 3, 2006 (the "Order"). A copy of the Order is attached as Exhibit 1.

DOCS_DE:117692.1

The parties to the Order appealed from and the names, addresses and telephone numbers of their respective counsel are as follows:

| | |
|---|---|
| INACOM CORPORATION AND ITS RELATED DEBTORS | PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP<br>Laura Davis Jones, Esquire<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Electronic Mail: ljones@pszyjw.com<br><br>Counsel for the Appellants/Inacom Corporation and its Related Debtors |
| OWENS CORNING, ET AL. | SAUL EWING LLP<br>Norman L. Pernick, Esquire<br>Domenic E. Pacitti, Esquire<br>222 Delaware Ave., Suite 1200<br>PO Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6800<br>Facsimile: (302) 421-5865<br>Electronic Mail: npernick@saul.com<br>            dpacitti@saul.com<br>     and<br>SAUL EWING LLP<br>Adam H. Isenberg, Esquire<br>Centre Square West<br>1500 Market St., 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-8662<br>Facsimile: (215) 972-1853<br>Electronic Mail: aisenberg@saul.com<br><br>Counsel for the Appellee |

DOCS_DE:117692.1

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | OFFICE OF THE UNITE STATES TRUSTEE<br>Joseph J. McMahon, Jr.<br>844 King Street, Ste 2313<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>Electronic Mail: Joseph.McMahon@usdoj.gov |
| Dated: May 2, 2006 | PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (Bar No. 2436)<br>Sandra G. M. Selzer (Bar No. 4283)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Electronic Mail: ljones@pszyjw.com<br><br>Counsel for Appellant |

DOCS_DE:117692.1