IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re OWENS CORNING, *et al.*,

| | |
|---|---|
| INACOM CORP., and its related debtors, by and through Executive Sounding Board Associates, Inc. as Plan Administrator,<br><br>      Appellant,<br><br>v.<br><br>Owens Corning, and its affiliated debtors and debtors in possession,<br><br>      Appellee. | Civil Action No. 05-852 (JPF)<br><br>Bankruptcy Case No. 00-3837 |

### CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, hereby certify that on the 2nd day of May, 2006, I caused a true and correct copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

  **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

      */s/ Sandra G. M. Selzer*
      Sandra G. M. Selzer (Bar No. 4283)

InaCom Corp./Owens Corning Service List
Notice of Appeal to 3rd Cir.
Case No. 00-2426 (05-852-JPF)
Doc. # 113794
03 - Hand Delivery
01 - First Class Mail

(Counsel for InaCom Corp.)
Pachulski Stang Ziehl Young, Jones
& Weintraub P.C.
Laura Davis Jones, Esquire
Alan J. Kornfeld, Esq.
Sandra G.M. Selzer, Esq.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Hand Delivery*
(Representing U.S. Trustee)
Joseph J. McMahon, Jr., Esq.
Office of the U.S. Trustee
844 King Street, Ste 2313
Wilmington, DE  19801

*Hand Delivery*
(Plan Administrator)
Neil Gilmour III
Executive Sounding Board
1300 N. Market Street, Ste 506
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Owens Corning)
Norman L. Pernick, Esq.
Domenic E. Pacitti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Ste 1200
Wilmington, DE  19801

*First Class Mail*
(Counsel to Owens Corning)
Adam H. Isenberg, Esquire
Saul Ewing LLP
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA  19102