UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-2548

In Re: Owens Corning, et al.

Inacom Corp, Appellant

(Delaware District Bankruptcy No. 05-cv-00852)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

For the Court,

*Marcia M. Waldron*

Clerk

Date: May 25, 2006

cc:
    (Laura D. Jones, Esq.
    (Sandra G.M. Selzer, Esq.
    Adam H. Isenberg, Esq.